UNITED STATES DISTRICT COURT **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-13-9122-R                                                    Date: APRIL 10, 2014

Title:   VENTURER ELECTRONICS INC -V- SILO DIGITAL CORP
==========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                                    None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) DISMISSING ACTION WITHOUT PREJUDICE

**This case has recently been transferred from the docket of Judge Pfaelzer to that of Judge Real.**

**A review of the filings in this case reveal that Plaintiff filed this complaint against the single defendant on December 11, 2013. On March 27, 2014, in response to an Order to Show Cause Re Dismissal For Lack of Prosecution issued by then presiding judge of this action, Magistrate Judge Hillman, Plaintiff filed a "Suggestion of Bankruptcy", stating that Silo Digital Corporation, the only named defendant, had filed for bankruptcy on January 6, 2014.**

**NOW, this Court ORDERS THIS ACTION DISMISSED, without prejudice to Plaintiff pursuing the matter against defendant in the bankruptcy action, and tolling any statute of limitations. If the matter is not resolved by the conclusion of the bankruptcy matter, Plaintiff may move to reopen this action, and proceed against defendant accordingly in this forum.**

**IT IS SO ORDERED.**

MINUTES FORM 11                                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN